

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00608-CV

**SMITH-REAGAN & ASSOCIATES, INC.** d/b/a Smith-Reagan Insurance Agency,
Appellant

v.

**FORT RINGGOLD LIMITED**, Pete Diaz III, Aaron Diaz and Monica Aguillon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment in favor of appellees is REVERSED and a take-nothing judgment against appellees is RENDERED.

It is ORDERED that appellant recover its costs of appeal from appellees.

SIGNED March 11, 2015.

_____
Sandee Bryan Marion, Chief Justice